UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON GRAND JURY 2022
SEPTEMBER 6, 2023 SESSION



UNITED STATES OF AMERICA

v.   CRIMINAL NO. 5:23-cr-00145
     18 U.S.C. § 1591(a)(1)
     18 U.S.C. § 1591(b)(2)
RICHARD SHAWN OWENS   18 U.S.C. § 1591(c)
     18 U.S.C. § 2423(a)
     18 U.S.C. § 2

I N D I C T M E N T

The Grand Jury Charges:

COUNT ONE

From on or about May 15, 2023, through on or about May 16, 2023, at or near Lewisburg, Greenbrier County, West Virginia, within the Southern District of West Virginia, and elsewhere, defendant RICHARD SHAWN OWENS knowingly enticed, harbored, transported, obtained, patronized, and solicited, by any means, in and affecting interstate or foreign commerce, Minor Victim 1, having had a reasonable opportunity to observe Minor Victim 1 and knowing and in reckless disregard of the fact that Minor Victim 1 had not attained the age of 18 years and that Victim 1 would be caused to engage in a commercial sex act.

In violation of Title 18, United States Code, Sections 1591(a)(1), (b)(2), and (c).

## COUNT TWO

From on or about May 15, 2023, through on or about May 16, 2023, defendant RICHARD SHAWN OWENS knowingly transported an individual, Minor Victim 1, who had not attained the age of 18 years, in interstate commerce from at or near Charlottesville, Virginia, to at or near Lewisburg, Greenbrier County, West Virginia, within the Southern District of West Virginia, with intent that Minor Victim 1 would engage in prostitution and any sexual activity for which a person can be charged with a criminal offense.

In violation of Title 18, United States Code, Sections 2 and 2423(a).

**FORFEITURE**

In accordance with Sections 1594(d) and 2428 of Title 18 of the United States Code, and Rule 32.2(a) of the Federal Rules of Criminal Procedure, and premised on the conviction of defendant RICHARD SHAWN OWENS of a violation of 18 U.S.C. §§ 1591(a) or 2423(a), as set forth in this indictment, the defendant shall forfeit to the United States any real and personal property used or intended to be used to commit or to promote the commission of the violations set forth in this indictment, including, but not limited to any vehicle, cellular phone, or other electronic devices used to commit the violations set forth.

                                            UNITED STATES OF AMERICA

                                            WILLIAM S. THOMPSON
                                            United States Attorney

By: _____
     JENNIFER RADA HERRALD
     Assistant United States Attorney